**Mattie WRIGHT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28907.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer and whiskey for the purpose of sale in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Gilbert Ortega GARZA, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28916.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Transporting beer in a dry area is the offense, with punishment assessed at confinement in jail for ten days and a fine of $150.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

. The judgment is affirmed.